### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DISTRICT

| | |
|---|---|
| WAYNE H. NORMAN, ) | CASE NO. 5:16 CV 988 |
| ) | |
| Plaintiff, ) | JUDGE ADAMS |
| ) | MAGISTRATE JUDGE BURKE |
| vs. ) | |
| ) | |
| JO ANN FABRIC AND CRAFT STORES, ) | |
| ) | **NOTICE OF SETTLEMENT** |
| Defendant. ) | |
| ) | |
| ) | |
| ) | |

Plaintiff Wayne H. Norman and Defendant Jo Ann Fabric and Craft Stores, (collectively "Parties") hereby give notice to the Court that the Parties have reached a settlement agreement in principle. The Parties intend to file a Stipulation of Dismissal with Prejudice within the next 30 days and hereby request that the case management conference currently scheduled for July 19, 2016 be cancelled.

12000398.1

Date: July 13, 2016                                         Respectfully submitted,

| | |
|---|---|
| */s/ Wayne H. Norman* | */s/ Nancy M. Barnes* |
| Wayne H. Norman | Nancy M. Barnes, Esq. (#0074744) |
| 4357 Wanatah | Nancy.Barnes@ThompsonHine.com |
| Memphis, Tennessee 38109 | THOMPSON HINE LLP |
| whnorman@hotmail.com | 3900 Key Center |
| | 127 Public Square |
| *Plaintiff Pro Se* | Cleveland, Ohio 44114 |
| | Phone: (216) 566-5500 |
| | Fax: (216) 566-5800 |
| | |
| | *Attorney for Defendant* |
| | *Jo Ann Fabric and Craft Stores* |

2

12000398.1

## **CERTIFICATE OF SERVICE**

A copy of the foregoing *Notice of Settlement* has been served this 13th day of July, *via* electronic mail and regular U.S. mail.

Wayne H. Norman
4357 Wanatah
Memphis, Tennessee 38109
whnorman@hotmail.com

                                                 */s/ Nancy M. Barnes*
                                                 Nancy M. Barnes
                                                 *Attorney for Defendant*
                                                 *Jo Ann Fabric and Craft Stores*